**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

**In the matter of:**                                  :          UNITED STATES BANKRUPTCY COURT
                                                                         DISTRICT OF NEW JERSEY
                                                       :
**Marie-Ann Greenberg, TRUSTEE**       :           In Bankruptcy B-
**Chapter 13 Bankruptcy**                     :
                                                       :          STATEMENT OF UNDISTRIBUTED
                                                       :                    BALANCE
**Bankruptcy**                                        :

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 05-56227 | NLW | Deborah Foster | 0006 | First American Investment Co. | $1,293.64 | Undeliverable |

**August 19, 2009**
**To be Deposited into Can X600**         /s/Marie-Ann Greenberg
                                                              **MARIE-ANN GREENBERG**
                                                              **STANDING TRUSTEE**